# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMER CRISTOBAL PEREZ COBON, : | |
|     Petitioner : | |
| : | No. 1:19-cv-1841 |
| v. : | |
| : | (Judge Kane) |
| CLAIR DOLL, : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 21st day of February 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as premature; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania